1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                 AT TACOMA

9

PAUL SLOWEY,
10
                            Plaintiff,    No. 3:09-CV-5162-BHS
11        v.
                                          DEFENDANT EXPERIAN
12    EQUIFAX INFORMATION SERVICES,       INFORMATION SOLUTIONS, INC.'S
      LLC; EQUIFAX CREDIT INFORMATION     ANSWER TO PLAINTIFF PAUL
13    SERVICES, INC.; EQUIFAX             SLOWEY'S COMPLAINT
      COMMERCIAL SERVICES, INC.;
14    EXPERIAN INFORMATION
      SOLUTIONS, INC.; and TRANS UNION,
15    LLC,

16                          Defendants.

17

18            **ANSWER AND AFFIRMATIVE DEFENSES**

19        NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), by its

20    undersigned counsel, and in answer to the Complaint of Plaintiff Paul Slowey ("Plaintiff"), states

21    as follows:

22        1.        In response to paragraph 1 of the Complaint, Experian is without knowledge or

23    information sufficient to form a belief as to the truth of the allegations contained in paragraph 1

24    and, on that basis, denies generally and specifically, each and every allegation contained therein.

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 1
Case No. (**09-CV-5162-BHS**)

Seattle-3514225.1 0099999-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    2.    In response to paragraph 2 of the Complaint, Experian is without knowledge or

2    information sufficient to form a belief as to the truth of the allegations contained in paragraph 2

3    and, on that basis, denies generally and specifically, each and every allegation contained therein.

4    3.    In response to paragraph 3 of the Complaint, Experian admits that it is an Ohio

5    corporation, and is qualified to do business in the State of Washington.

6    4.    In response to paragraph 4 of the Complaint, Experian is without knowledge or

7    information sufficient to form a belief as to the truth of the allegations contained in paragraph 4

8    and, on that basis, denies generally and specifically, each and every allegation contained therein.

9    5.    In response to paragraph 5 of the Complaint, Experian admits that it is a consumer

10    reporting agency as defined by 15 U.S.C. § 1681a(f).  As to the allegations in paragraph 5 of the

11    Complaint that relate to the other defendants, Experian is without knowledge or information

12    sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally

13    and specifically, each and every remaining allegation of paragraph 5 of the Complaint.

14    6.    In response to paragraph 6 of the Complaint, Experian is without knowledge or

15    information sufficient to form a belief as to the truth of the allegations contained in paragraph 6

16    and, on that basis, denies generally and specifically, each and every allegation contained therein.

17    7.    In response to paragraph 7 of the Complaint, Experian is without knowledge or

18    information sufficient to form a belief as to the truth of the allegations contained in paragraph 7

19    and, on that basis, denies generally and specifically, each and every allegation contained therein.

20    8.    In response to paragraph 8 of the Complaint, Experian is without knowledge or

21    information sufficient to form a belief as to the truth of the allegations contained in paragraph 8

22    and, on that basis, denies generally and specifically, each and every allegation contained therein

23    that relates to Experian.  As to the allegations in paragraph 8 of the Complaint that relate to the

24    other defendants, Experian is without knowledge or information sufficient to form a belief as to

25    the truth of those allegations and, on that basis, denies, generally and specifically, each and every

26    remaining allegation of paragraph 8 of the Complaint.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 2
Case No. (**09-CV-5162-BHS**)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    9.    In response to paragraph 9 of the Complaint, Experian denies, generally and

2    specifically, each and every allegation contained therein that relates to Experian.  As to the

3    allegations in paragraph 9 of the Complaint that relate to the other defendants, Experian is

4    without knowledge or information sufficient to form a belief as to the truth of those allegations

5    and, on that basis, denies, generally and specifically, each and every remaining allegation of

6    paragraph 9 of the Complaint.

7    10.    In response to paragraph 10 of the Complaint, Experian denies, generally and

8    specifically, each and every allegation contained therein that relates to Experian.  As to the

9    allegations in paragraph 10 of the Complaint that relate to the other defendants, Experian is

10    without knowledge or information sufficient to form a belief as to the truth of those allegations

11    and, on that basis, denies, generally and specifically, each and every remaining allegation of

12    paragraph 10 of the Complaint.

13    11.    In response to paragraph 11 of the Complaint, Experian denies, generally and

14    specifically, each and every allegation contained therein that relates to Experian.  As to the

15    allegations in paragraph 11 of the Complaint that relate to the other defendants, Experian is

16    without knowledge or information sufficient to form a belief as to the truth of those allegations

17    and, on that basis, denies, generally and specifically, each and every remaining allegation of

18    paragraph 11 of the Complaint.

19    12.    In response to paragraph 12 of the Complaint, Experian denies, generally and

20    specifically, each and every allegation contained therein that relates to Experian.  As to the

21    allegations in paragraph 12 of the Complaint that relate to the other defendants, Experian is

22    without knowledge or information sufficient to form a belief as to the truth of those allegations

23    and, on that basis, denies, generally and specifically, each and every remaining allegation of

24    paragraph 12 of the Complaint.

25    13.    In response to paragraph 13 of the Complaint, Experian denies, generally and

26    specifically, each and every allegation contained therein that relates to Experian.  As to the

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 3
Case No. (**09-CV-5162-BHS**)

Seattle-3514225.1 0099999-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    allegations in paragraph 13 of the Complaint that relate to the other defendants, Experian is

2    without knowledge or information sufficient to form a belief as to the truth of those allegations

3    and, on that basis, denies, generally and specifically, each and every remaining allegation of

4    paragraph 13 of the Complaint.

5                                **AFFIRMATIVE DEFENSES**

6                                      **FIRST DEFENSE**

7                                 **(Failure to State a Claim)**

8          The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient

9    to state a claim upon which relief may be granted against Experian and further fails to state facts

10   sufficient to entitle Plaintiff to the relief sought, or any other relief whatsoever from Experian.

11                                    **SECOND DEFENSE**

12                                        **(Immunity)**

13         Plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C.

14   § 1681h(e).

15                                     **THIRD DEFENSE**

16                            **(Truth/Accuracy of Information)**

17         Plaintiff's claims against Experian are barred because all information Experian

18   communicated to any third person regarding Plaintiff was true.

19                                    **FOURTH DEFENSE**

20                                    **(Indemnification)**

21         Experian is informed and believes and thereon alleges that any purported damages

22   allegedly suffered by Plaintiff are the result of the acts or omissions of third persons over whom

23   Experian had neither control nor responsibility.

24                                     **FIFTH DEFENSE**

25                              **(Failure to Mitigate Damages)**

26         Plaintiff has failed to mitigate his damages.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 4
Case No. (**09-CV-5162-BHS**)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    **SIXTH DEFENSE**

2    **(Laches)**

3    The Complaint and each claim for relief therein is barred by laches.

4    **SEVENTH DEFENSE**

5    **(Contributory/Comparative Fault)**

6    Experian is informed and believes and thereon alleges that any alleged damages sustained

7    by Plaintiff were, at least in part, caused by the actions of Plaintiff and/or third parties and

8    resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged

9    negligence or wrongdoing by Experian.

10    **EIGHTH DEFENSE**

11    **(Estoppel)**

12    Any damages which Plaintiff may have suffered, which Experian continues to deny, were

13    the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and

14    barred from recovery of any damages.

15    **NINTH DEFENSE**

16    **(Statute of Limitations)**

17    Experian is informed and believes and thereon alleges that all claims for relief in the

18    Complaint herein are barred by the statute of limitations.

19    **TENTH DEFENSE**

20    **(Improper Request for Punitive Damages)**

21    Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct

22    required to recover punitive damages, and thus all requests for punitive damages are improper.

23    **ELEVENTH DEFENSE**

24    **(Unclean Hands)**

25    The Complaint, and each claim for relief therein that seeks equitable relief, is barred by

26    the doctrine of unclean hands.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 5
Case No. (**09-CV-5162-BHS**)

1

**TWELFTH DEFENSE**

2

**(Independent Intervening Cause)**

3  Experian alleges upon information and belief that if Plaintiff sustained any of the injuries

4  alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to

5  such alleged injuries and, as such, any action on the part of Experian was not a proximate cause

6  of the alleged injuries.

7  WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

8  1.  That Plaintiff takes nothing by virtue of the Complaint herein and that this

9  action be dismissed in its entirety;

10  2.  For costs of suit herein incurred; and

11  3.  For such other and further relief as the Court may deem just and proper.

12  DATED: March 31, 2009.                    STOEL RIVES, LLP

13

14                                           By:*/s/ Gloria S. Hong*
                                             Gloria S. Hong, WSBA 36723
15                                           600 University Street, Suite 3600
                                             Seattle, WA  98101
16                                           Telephone:  206.624.0900
                                             Fax:  206.386.7500
17                                           Email:  gshong@stoel.com

18                                           Attorneys for Defendant Experian Information
                                             Solutions, Inc.
19

20

21

22

23

24

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 6
Case No. (**09-CV-5162-BHS**)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on March 31, 2009, I caused a true and correct copy of the foregoing

3    to be electronically filed with the Clerk of the Court using the CM/ECF system which will send

4    notification to the following participants:

5    - **George W Akers**
       akers@mpba.com,reception@mpba.com

6    - **Kevin H. Breck**
7      khb@winstoncashatt.com,arf@winstoncashatt.com,emc@winstoncashatt.com

8    - **Cara Hergenroether**
       chergenroether@kslaw.com
9

10   - **Ben Shafton**
       bshafton@ccrslaw.com, lvaughn@ccrslaw.com

11

12   DATED: March 31, 2009.              STOEL RIVES, LLP

13

14                                       By:*/s/ Gloria S. Hong*
                                         Gloria S. Hong, WSBA 36723
15                                       600 University Street, Suite 3600
                                         Seattle, WA  98101
16                                       Telephone:  206.624.0900
                                         Fax:  206.386.7500
17                                       Email:  gshong@stoel.com

18                                       Attorneys for Defendant Experian Information
                                         Solutions, Inc.
19

20

21

22

23

24

25

26

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT - 7
Case No. (**09-CV-5162-BHS**)

Seattle-3514225.1 0099999-00001